## ORDER

PER CURIAM

**AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Jholy IDY, Petitioner**

**No. 277 EAL 2016**

Supreme Court of Pennsylvania.

November 9, 2016

## ORDER

PER CURIAM

**AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Lesley A. SCOTT, Petitioner**

**No. 490 MAL 2016**

Supreme Court of Pennsylvania.

November 9, 2016

## ORDER

PER CURIAM

**AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**M.A., Appellee**

v.

**M.G., Appellant**

**No. 17 WAP 2016**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

Erica Nicole Burns, Esq., Richard Ducote, PC, for M.G., Appellant.

Carla Schiff Donnelly, Esq., for M.A., Appellee.

## ORDER

PER CURIAM

The appeal is DISMISSED as having been improvidently granted.

